**No. 61870.**—Manca, Inc. *v.* United States, protest 257222–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of parts of a photomicrographic camera, the claim of the plaintiff was sustained.